IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| Antione S. Lee, | : | |
| Plaintiff | : | Civil Action 2:13-cv-00088 |
| v. | : | Judge Marbley |
| Kelly S. Riehle, *et al.*, | : | Magistrate Judge Abel |
| Defendants | : | |

**ORDER**

Plaintiff Antione S. Lee, a state prisoner, brings this prisoner civil rights action under 42 U.S.C. § 1983. This matter is before the Court on Magistrate Judge Abel's January 31, 2013 Initial Screening Report and Recommendation recommending that defendants Kelly S. Riehle, Gary S. Croft, and Mona Parks be DISMISSED. Plaintiff has not filed any objections to the Report and Recommendation.[1]

Upon *de novo* review in accordance with the provisions of 28 U.S.C. §636(b)(1)(B), the Court **ADOPTS** the Report and Recommendation and **DISMISSES** Kelly S. Riehle, Gary S. Croft, and Mona Parks. The Clerk of Court is **DIRECTED** to enter **JUDGMENT** for defendants Kelly S. Riehle, Gary S. Croft, and Mona Parks. This action is hereby **DISMISSED.**

                                         s/Algenon L. Marbley
                                         Algenon L. Marbley
                                         United States District Judge

---

[1] On February 28, 2013, plaintiff filed a "Statement of claim and memorandum in support." This document recites the allegations in the complaint rather than objections to the Magistrate Judge's Report and Recommendation. *See* doc. 11.